**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6468**

MAURICIO E. WEBER,

             Plaintiff - Appellant,

        v.

SGT. MELISSA AIKEN-PARTAIN; DETECTIVE MIKE AIKEN; OFFICER
MICHAEL ROBERSON; SGT. KEITH BAGWELL; OFFICER TREVOR
SIMMONS; RETENTION OFFICER JOEY CHAPMAN; LIEUTENANT JOHN
ZAMBERLIN; INVESTIGATOR MIKE BASKINS; SOLICITOR CHRISSY J.
ADAMS; ASSISTANT SOLICITOR KRISTIN REEVES; PUBLIC DEFENDER
ROBERT A. GAMBLE; ATTORNEY JOY CHAVIS; CLERK OF COURT
RICHARD A. SHIRLEY; CLERK OF COURT DANIEL E. SHEAROUSE;
SECURITY OFFICER JOHN DOE; SECURITY OFFICER JOHN TWO DOE;
DIRECTOR JEFFERY MUSICK, Forensic Evaluation Service; DOCTOR
RICHARD L. FRIERSON; SOCIAL WORKER DORIS A. TAYLOR,

             Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  G. Ross Anderson, Jr., Senior
District Judge. (8:11-cv-02423-GRA)

Submitted:  June 21, 2012          Decided:  June 26, 2012

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mauricio E. Weber, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mauricio E. Weber appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice his 42 U.S.C. § 1983 (2006) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Weber v. Aiken-Partain, No. 8:11-cv-02423-GRA (D.S.C. Feb. 15, 2012). We deny Weber's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED